```
1  PATRICK L. FORTE #80050
   LAW OFFICES OF PATRICK L. FORTE
2  1624 Franklin Street, #911
   Oakland, CA 94612
3  Telephone: (510) 465-3328
   Facsimile: (510) 763-8354
4
5  Attorney for Debtor
6
7
8                  UNITED STATES BANKRUPTCY COURT
9                  NORTHERN DISTRICT OF CALIFORNIA
```

10 In re:                                    **Case No. 17-41405 RLE**

11 **LORENA CARDENAS,**                      **Chapter 7**
                    **Debtor.**
12                                           **MOTION TO AVOID JUDICIAL LIEN OF**
                                             **UNIFUND CCR, LLC IMPAIRING**
13 _____/          **EXEMPTION**

14    TO: *Unifund CCR, LLC:*

15    The real property, which is the subject of this motion, is the
16 Debtor's principal place of residence and is located at 4129 Sequoia
17 Drive, Oakley, CA 94561.

18    1. On August 6, 2014, Unifund CCR, LLC caused to be recorded an
19 Abstract of Judgment, document 2014-0130809-00, with the Contra Costa
20 County Recorder's Office in the sum of $36,151.23, attached hereto as
21 Exhibit A.

22    2. Debtor has a one-half (½) interest in the real property. The
23 property is encumbered by a First Deed of Trust in favor of Banc of
24 California, NA dba Banc Home Loans ("Banc Home Loans") as evidenced by
25 the face page of the Deed of Trust, a copy of which is attached as
26 Exhibit B and made a part hereof.

3. At the time of filing Debtor owed approximately $236,643.41 to Banc Home Loans, the first position creditor, as evidenced by the loan activity printout issued by Banc of California, a copy of which is attached as Exhibit C and made a part hereof.

4. At the time of filing Debtor believes the real property had a market value of $401,705.00.

5. The lien impairs the exemption in the real property asserted by the Debtor in the sum of $100,000.00.

6. Debtor hereby moves the Court for an order pursuant to 11 U.S.C. Section 522(f)(1)(A) avoiding the lien on her real property. Debtor is entitled to an order avoiding the lien on the grounds that the lien is a judicial lien which impairs an exemption to which the debtor is otherwise entitled.

WHEREFORE, debtor requests that an Order be entered avoiding the judicial lien of Unifund CCR, LLC.

Dated: August 30, 2017     /s/ Patrick L. Forte
                           PATRICK L. FORTE
                           Attorney for Debtor